November 29, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

LI LI D/B/A VILLA RESIDENTIAL DESIGN STUDIO, Appellant

NO. 14-10-01227-CV                          V.

1821 WEST MAIN DEVELOPMENT LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, 1821 WEST MAIN DEVELOPMENT LLC, signed September 29, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, LI LI D/B/A VILLA RESIDENTIAL DESIGN STUDIO, to pay all costs incurred in this appeal. We further order this decision certified below for observance.